1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TRACY A. JOHNSON,

11              Petitioner,                    No. CIV S-09-1396 LKK DAD P

12        vs.

13   DERRAL G. ADAMS, Warden,          <u>ORDER AND</u>

14              Respondent.            <u>FINDINGS AND RECOMMENDATIONS</u>

15   _____/

16          Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas

17   corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

18   Petitioner has also filed a motion for a stay and abeyance.

19          Examination of the in forma pauperis application reveals that petitioner is unable

20   to afford the costs of suit.  Accordingly, the application to proceed in forma pauperis will be

21   granted.  <u>See</u> 28 U.S.C. § 1915(a).

22                              **BACKGROUND**

23          On May 20, 2009, petitioner commenced this action by filing a petition for writ of

24   habeas corpus, challenging his 2002 judgment of conviction entered in the Sacramento County

25   Superior Court.  Petitioner claims that he exhausted all of his claims on direct appeal.  However,

26   on the last page of his petition, petitioner requests a stay and abeyance to return to the California

1

1   Supreme Court to re-litigate his second claim.  In that claim, petitioner contends that the trial

2   court improperly admitted into evidence police officers' testimony regarding his alleged

3   involvement in prior incidents of domestic violence.  Petitioner claims that admission of the

4   officers' testimony violated his rights under the Sixth Amendment Confrontation Clause.

5   Petitioner argues that a stay and abeyance is necessary so that he can re-litigate this claim in light

6   of the United States Supreme Court recent decision <u>Giles v. California</u>, __ U.S. __, 128 S. Ct.

7   2678 (2008).  (Pet. & Supp.)

8                                                          **DISCUSSION**

9            Petitioner is advised that a stay and abeyance procedure is available to petitioners

10  who need to exhaust their claims in state court.  <u>See</u> <u>Rhines v. Weber</u>, 544 U.S. 269 (2005)

11  (affirming district court discretion to stay a federal habeas proceeding to allow a petitioner to

12  present unexhausted claims to the state court where there is good cause for the petitioner's failure

13  to exhaust all claims in state court before filing a federal habeas petition); <u>King v. Ryan</u>, 564

14  F.3d 1133 (9th Cir. 2009) (analyzing the two procedures available to habeas petitioners who wish

15  to proceed with exhausted and unexhausted claims for relief).

16           According to petitioner, he has already litigated his second claim on direct appeal

17  before the California Supreme Court.  Specifically, he sought "to resolve questions as to what

18  constitutes 'testimonial' statements to the police under the Sixth Amendment, and to clarify the

19  scope of the doctrine of forfeiture by wrongdoing."  (Pet. at 4A.)  Where, as here, petitioner has

20  fairly presented a claim to the California Supreme Court, he has exhausted his state court

21  remedies with regards to that claim.  <u>See</u> <u>Picard v. Connor</u>, 404 U.S. 270, 276 (1971); <u>Middleton</u>

22  <u>v. Cupp</u>, 768 F.2d 1083, 1086 (9th Cir. 1986).  Petitioner is advised that he is not required to re-

23  litigate a claim in state court each time he believes a development in caselaw bolsters his case.  If

24  this court reaches the merits of petitioner's claims, the court will consider all relevant caselaw.

25  Accordingly, the court will recommend denying petitioner's motion for a stay and abeyance.  If

26  /////

                                                                2

1    these findings and recommendations are adopted by the assigned district judge, the court will

2    then issue an order requiring respondent to file and serve a response to petitioner's petition.

**CONCLUSION**

4            IT IS HEREBY ORDERED that petitioner's May 20, 2009 motion to proceed in

5    forma pauperis (Doc. No. 2) is granted.

6            IT IS HEREBY RECOMMENDED that petitioner's motion for a stay and

7    abeyance (Doc. No. 1) be denied.

8            These findings and recommendations are submitted to the United States District

9    Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

10   days after being served with these findings and recommendations, petitioner may file written

11   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

12   Findings and Recommendations."  Petitioner is advised that failure to file objections within the

13   specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

14   F.2d 1153 (9th Cir. 1991).

15   DATED: August 24, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

19   DAD:9
     john1396.styden

3